```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

  UNITED STATES OF AMERICA,

                -against-                    MEMORANDUM & ORDER
                                               21-CR-572 (EK)
  CHARLES POWELL, BRIAN CASTRO, and
  MUSAH COWARD,

                       Defendants.

--------------------------------------x
```

ERIC KOMITEE, United States District Judge:

Defendant Coward's request to adjourn sentencing is denied, as it cannot be accommodated consistently with the Court's existing calendar. The Court understands counsel's conflict to have arisen *after* the scheduling of the proceeding in this Court, and the record reflects no reason to surmise that the conflict would not have been apparent at the time the second proceeding was scheduled. In addition, the assertion that counsel needs time to review documents that the government long ago produced in discovery — many of which were introduced at trial — is not a basis for delay. Counsel asserted on December 15 that the documents were newly produced, but the government has advised that this is not the case. *See* ECF No. 368, at 2.

Finally, this is the latest in a series of rescheduling requests by counsel, revealing an apparent belief that the Court's calendar is merely aspirational. *See* ECF No. 97, 104, 105 (requests to adjourn status conferences, all of

which were granted).  Defendant Castro's sentencing will commence at 10:30 a.m. this Friday, December 19, with defendant Coward's sentencing to follow at 2:00 p.m.

       SO ORDERED.

                                        /s/ Eric Komitee
                                        ERIC KOMITEE
                                        United States District Judge

Dated:    December 16, 2025
            Brooklyn, New York

Case 1:21-cr-00572-EK   Document 370   Filed 12/16/25   Page 2 of 2 PageID #: 6173